No. 1000. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA *v.* SMOOT. April 29, 1946. Petition for writ of

certiorari to the United States Court of Appeals for the District of Columbia denied. *Louis M. Denit* for petitioner. *Stanley H. Kamerow* for respondent.